**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** III | **Investigating Agency** | HSI/DOL/DSS |
| **City** Waltham | **Related Case Information:** | | |
| **County** Middlesex | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant X | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number 19-2443-MBB | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Justin Capell | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) Southborough, MA | | |

Birth date (Yr only): 1981   SSN (last4#): 6065   Sex M   Race: White   Nationality: UK

**Defense Counsel if known:** Derege Demisse / Young Paik   Address 929 Massachusetts Ave # 1

**Bar Number** _____   Cambridge, MA 02139

**U.S. Attorney Information:**

**AUSA** Jordi de Llano, Mackenzie A. Queenin   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ── ☐ Misdemeanor ── ☑ Felony   I

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 02/12/2021   Signature of AUSA: /s/ Jordi de Llano

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Justin Capell

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Visa Fraud | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegation | - |
| Set 3 | 28 U.S.C. § 2461 | Forfeiture Allegation | - |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____