Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-cr-10056-RWZ |
| ) | |
| JUSTIN CAPELL  ) | |
| ) | |
| Defendant.   ) | |

## WAIVER OF INDICTMENT

I, Justin Capell, the above-named defendant, who is accused of Conspiracy to Commit Visa Fraud, in violation of 18 U.S.C. § 371, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on March 10, 2021 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

/s/ Justin Capell
Justin Capell
Defendant

/s/ Derege Demissie
Young Paik
Derege Demissie
Attorneys for Defendant

Before: _____
Hon. Rya W. Zobel, U.S. District Judge
3/10/21